THE CITY OF NEW YORK, Respondent, v. EPPINGER & RUSSELL COMPANY and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent, v. UNITED STATES WOOD PRESERVING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

VITO PANTE, Appellant, v. CHRISTIAN JACOBS FIREPROOFING AND CONCRETE COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

BROOKLYN STRUCTURAL STEEL CORPORATION, Appellant, v. LEVY DAIRY COMPANY and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present —Scott, Laughlin, Dowling, Smith and Davis, JJ.

VINCENZO GARCONE, Respondent, v. THOMAS & BUCKLEY HOISTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Laughlin, J., dissented.

LENA ROSENBERG, Appellant, v. L. & S. CONSTRUCTION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

MAX HIRSCH, Respondent, v. BESSIE HIRSCH, Appellant.— Judgment affirmed. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE KNY-SCHEERER COMPANY, Respondent, v. CITY OF NEW YORK and Others, Impleaded with NATIONAL SURETY COMPANY, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ. .

ANNE WALCOTT, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Dowling and Davis, JJ., dissented.

In the Matter of RACHMIEL FINKEL, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

WILLIAM H. SCHMIDT, as Sole Surviving Executor and Trustee, etc., Appellant, v. ABRAHAM HALPRIN and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.